NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SOUTHSIDE CONSULTING, LLC and )
NADER MAHROUM, )
                     )
           Appellants, )
                     )
v.                      )       Case No. 2D17-4261
                     )
U.S. BANK, NATIONAL ASSOCIATION, )
as Trustee for the Certificate-Holders of )
BANC OF AMERICA FUNDING )
CORPORATION, Mortgage Pass- )
Through Certificates, Series 2007-B; )
JAMES SCOTT WOLF; and KELLY )
R. WOLF, )
                     )
           Appellees. )
_____)

Opinion filed May 11, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Charlotte County;
Lisa S. Porter, Judge.

Albert J. Tiseo, Jr., of Goldman, Tiseo &
Sturges, P.A., Port Charlotte, for Appellant
Southside Consulting, LLC.

Ryan W. Owen of Adams and Reese, LLP,
Sarasota; Suzanne Youmans Labrit of
Shutts & Bowen, LLP, Tampa; and Laura S.
Bauman of Shutts & Bowen, LLP, Sarasota,
for Appellant Nader Mahroum.

Brittney Lauren Bell, Sara F. Holladay-
Tobias, and Emily Y. Rottman of McGuire

Woods, LLP, Jacksonville, for Appellee
U.S. Bank, National Association, as Trustee
for the Certificate-Holders of Banc of
America Funding Corporation, Mortgage
Pass-Through Certificates, Series 2007-B.

No Appearance for remaining Appellees.


PER CURIAM.

Affirmed.


NORTHCUTT, KHOUZAM, and BADALAMENTI, JJ., Concur.